JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BULLUM,<br><br>   Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SAINT-GOBAIN CORPORATION,<br><br>   Defendants. | Case No. 8:18-cv-0003-CJC-E<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' joint stipulation, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees

IT IS SO ORDERED.

DATED: November 28, 2018

_____
Honorable Cormac J. Carney
United States District Judge